UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CORINNE HALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. 12-cv-05577-RJB-JRC<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

　　　　This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976).  This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration.  (ECF No. 23.)

　　　　After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

1  On remand to the Commissioner of Social Security, the Appeals Council should remand
2  this case to the Administrative Law Judge (ALJ) to: (1) conduct a new hearing, further develop
3  the record and issue a new decision; (2) reevaluate the medical opinions of record, including the
4  opinions of Keith Krueger, Ph.D., Donna Smith, Psy.D., Geoff Schiller, LICSW, and Sherry
5  Duterrow, MA, LMFT; (3) further analyze the severity of plaintiff's diagnosed posttraumatic
6  stress disorder (PTSD) at steps two and three of the sequential evaluation, including the 2007
7  opinion of Dr. Smith and the medical records of Mr. Schiller; (4) further analyze plaintiff's
8  diagnosed fibromyalgia, including the 2010 opinion of Brett Lockman, D.O.; (5) reevaluate
9  plaintiff's credibility; (6) reevaluate plaintiff's residual functional capacity; and (7) reevaluate
10 steps four and five of the sequential evaluation with the assistance of a vocational expert, if
11 necessary.
12  Following proper presentation to this Court, this Court will consider plaintiff's
13 application for costs and attorney's fees pursuant to 28 U.S.C. § 2412(d).
14  Given the facts and the parties' stipulation, the Court recommends that the District Judge
15 immediately approve this Report and Recommendation and order that the case be **REVERSED**
16 and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).
17  Dated this 10th day of January, 2013.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge